## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | : **CASE NO: 18-10601-SDB** |
| | : **CHAPTER: 13** |
| | : |
| **NATHANIEL CULPEPPER, JR.** | : |
|     Debtor | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | : - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| **CARVANA, LLC** | : |
|     Movant | : |
| | : **CONTESTED MATTER** |
| vs. | : |
| | : |
| **NATHANIEL CULPEPPER, JR.** | : |
| **HUON LE, Trustee** | : |
|     Respondents. | : |

## OBJECTION TO CONFIRMATION

COMES NOW, Carvana, LLC, its successors or assigns (hereinafter referred to as "Movant"), and shows the Court that for the reasons set out below, Movant objects to the confirmation of the Debtor's Plan:

1.

Movant timely filed a Proof of Claim as to a 2015 Kia Optima (the "Vehicle") on May 18, 2018, indicating a secured total of $13,621.66 and a contractual interest rate of 14.53% for a loan that originated on February 6, 2018, just 80 days before the filing of the instant case. As such, this case appears to have been filed in bad faith in that the Plan proposes a reduction in the interest rate on this very recent purchase from the contract rate of 14.53% down to 5.00%.

2.

Furthermore, Movant avers that monthly payment of $150.00 and monthly pre-confirmation adequate protection payments in the amount of $50.00 are not sufficient to protect the collateral from depreciation.  Movant requires both pre-and post-confirmation payments of at least $225.00 to adequately protect the Vehicle from depreciation. Therefore, Movant objects to the confirmation of this

Plan in its current form.

        WHEREFORE, Movant prays:

(a)      That this Court inquire as to the matters raised herein and deny confirmation of the

        Debtor's Plan; and

(b)      For such other and further relief as this Court deems just and proper.

Dated: 8/22/18

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I, Lisa F. Caplan of Rubin Lublin, LLC certify that on the 22nd day of August, 2018, I caused a copy of the Objection to Confirmation to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Nathaniel Culpepper, Jr.
710 Robert Toombs Avenue
Washington, GA 30673

Charles W. Wills, Esq.
Wills Law Firm, LLC
P.O. Box 1620
318 Jackson Street
Thomson, GA 30824

Huon Le, Trustee
P O Box 2127
Augusta, GA 30903

Executed on: 8/22/18
By:/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor